IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RENE MEJIA,

        Plaintiff,

vs.                               Case No.05-1198-JTM

MENNONITE CENTRAL COMMITTEE,
U.S., a Pennsylvania not-for-profit
corporation; and MENNONITE CENTRAL
COMMITTEE, CENTRAL STATES, INC., a
Kansas not-for-profit corporation,

        Defendants.

MEMORANDUM AND ORDER

This is an action in which plaintiff Rene Mejia contends that he was defamed and wrongfully terminated by defendant Mennonite charities. The defendants have moved to dismiss the defamation claim, contending that the generalized allegations that they heard and repeated certain rumors about him are insufficient to state a claim under Kansas law. *See Classic Communications, Inc. v. Rural Telephone Service*, 956 F. Supp. 910, 921 (D. Kan. 1997). Mejia has failed to provide any response or objection to the defendants' motion, and that time permitted for any such response has now passed. Accordingly, for good cause shown and pursuant to D.Kan.Rule 7.4, the defendants' motion to dismiss the defamation claim (Dkt. No. 17) is hereby granted.

IT IS SO ORDERED this 19th day of January, 2006.

                                                    s/ J. Thomas Marten
                                                    J. THOMAS MARTEN, JUDGE